1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    UNITED STATES OF AMERICA,

10              Plaintiff,

11

12              v.

13   JOSE ERNESTO MOZQUEDA VASQUEZ,          NO. CR16-5600BHS

14   JESUS BELTRAN, ANTONIO DE LA
     MORA, JUAN SALUD GARCIA

15   ALMANZA, VIOLETTA ROSALIA               ORDER CONTINUING TRIAL DATE
     GUADARRAMA, ERNESTO LUNA

16   VASQUEZ, MARIA CENTENO
     GALLEGOS, COLLIN MESINAS,

17   AUNDREA LYNN NATINS, WILLIAM

18   HAGMANN, JON DANIEL BROWNFIELD,
     KIMBERLY BROOKE GRAY, REBECCA

19   SUE GODSALVE, MARK AGNEW, ISAELA

20   PACHECO CENTENO, TERESA GOOS,

21   DEREK JOHNSON, KAREN KENMIR,

22              Defendants.

23

24      This matter comes before the Court on the Parties' Motion to Continue Trial Date;

25   Request for Status Conference.  The Court has reviewed the motion, the responses to the

26   motion, the government's Memorandum in Support of Parties' Motion to Continue Trial

27   Date and waivers of speedy trial and waivers of presence filed by defense counsel and

28   makes the following findings of fact and conclusions of law:

ORDER - 1

1

2      1.   In their joint motion, the government and joining Defendants have

3 demonstrated that discovery produced to date is voluminous and thousands of additional

4 pages are anticipated.  This is a complex and large, multiple-defendant case and a

5 continuance is in order.

6      2.   The Court set a status conference for February 6, 2017 to consider the motion

7 and early discovery issues, however, due to a snow occurrence the courthouse was

8 closed.  The trial date is currently set for February 14, 2017, and arranging a status

9 conference before that date would be difficult and is unnecessary.  If needed, a status

10 conference might be reset if requested by a party or the Court.

11      3.   The questions before the Court are:  What is a reasonable time in which

12 discovery can be produced and reviewed, and, what additional, reasonable time will be

13 necessary for the parties to prepare for trial after discovery is complete?

14      4.   The Court anticipates entering an order appointing a discovery coordinator to

15 assist in cataloging, processing and distributing discovery in a useable format for the

16 defense to analyze and review.

17      5.   The moving parties have demonstrated a need to continue the trial date to

18 allow the defense sufficient time to explore all the relevant issues and defenses applicable

19 to this case, and that this task cannot be adequately performed within the time limits

20 established by the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(ii).

21      6.   While not all Defendants have joined in the motion to continue the trial date,

22 the Court has authority to continue a trial date of jointly charged defendants when not all

23 defendants have joined in the motion.

24      7.   Taking into account the exercise of due diligence, a continuance is necessary to

25 allow the defense the reasonable time for effective preparation and to ensure continuity of

26 counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

27      8.   Proceeding to trial absent adequate time for the defense to prepare would result

28 in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

ORDER - 2

9.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

10. At this time the government has failed to provide sufficient cause to support a continuance of the duration requested.  The parties should reasonably be expected to accomplish trial preparation that would permit a trial date of August 29, 2017.

11. If any party subsequently determines that a further continuance is needed, another motion can be filed with supporting justification.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from February 14, 2017, to August 29, 2017, at 9:00 a.m.  The resulting period of delay from January 6, 2017, to August 29, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than July 14, 2017.  Pretrial Conference is set for August 21, 2017, at 10:00 a.m.

Dated this 8th day of February, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3